**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Medicis Pharmaceutical Corporation, | No. CV 10-1780-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Acella Pharmaceuticals Incorporated, | |
| Defendant. | |

Defendant Acella Pharmaceuticals, LLC has filed a Motion for Leave to File Its Unredacted Motion for Summary Judgment and Memorandum of Law and Accompanying Statement of Material Facts Under Seal (Doc. 233). In support of its Motion to Seal, Acella asserts that counsel for both parties have designated certain Exhibits to Acella's Motion for Summary Judgment, and facts found in those Exhibits, as "Confidential" and "Attorneys' Eyes Only" pursuant to their Protective Order. The parties' designation of certain items as confidential pursuant to a protective order does not justify sealing a dispositive motion.

The Court starts with a strong presumption in favor of public access to court records. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party that wants to seal any part of a dispositive motion must overcome this strong presumption with compelling reasons for sealing. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). To seal any part of non-dispositive motion, a party still must demonstrate good cause. *Id.* at 1180.

Acella offers no reason for sealing other than the parties' designation of certain items as confidential. Acella has not met its burden of overcoming the strong presumption of open access to court documents with compelling reasons. The Court therefore will deny the Motion to Seal.

Pursuant to Local Rule of Civil Procedure 5.6(e), the Court will strike the Sealed Lodged Proposed Unredacted Statement of Material Facts (Doc. 235) and the Sealed Lodged Proposed Unredacted Motion for Summary Judgment (Doc. 234). Within five days of the date of this Order, either Acella shall resubmit the stricken documents for filing into the public record or the parties may file a Stipulation containing compelling reasons for sealing. If the parties choose to file a Stipulation, the Court encourages them to seek to seal as little as possible.

Acella also filed a Motion for Leave to File Excess Pages for Motion for Summary Judgment and Memorandum of Law (230). Acella seeks an extra two pages for its Memorandum. Finding good cause, the Court will grant the Motion.

Accordingly,

**IT IS ORDERED DENYING** Acella's Motion to Seal Defendant's Motion for Summary Judgment and Memorandum of Law and Accompanying Statement of Material Facts (Doc. 233). The Clerk shall strike the Proposed documents at Docket entries 234 and 235. Within five days of the date of this Order, either Acella shall resubmit the stricken documents for filing into the public record or the parties may file a Stipulation containing compelling reasons for sealing the Memorandum in Support of Motion for Summary Judgment and accompanying Statement of Material Facts and/or for sealing only certain Exhibits to the Statements of Material Facts.

///

///

///

///

**IT IS FURTHER ORDERED** GRANTING Acella's Motion for Leave to File Excess Pages (Doc. 230). The Clerk shall file into the record the Proposed Motion for Summary Judgment and Memorandum of Law (Redacted) currently lodged at docket entry 231.

DATED this 3rd day of August, 2011.

James A. Teilborg
United States District Judge